# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 14-PO-00115-DLW |
| STEVEN MICHAEL LUCKESEN | KELLY R. McCABE<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3; 36 CFR 4.2 & CRS 42-4-1301(1)(b) | Driving While Ability Impaired by Alcohol | 04/18/14 | One |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 30, 2014
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

June 30, 2014
Date

DEFENDANT:  STEVEN MICHAEL LUCKESEN  
CASE NUMBER:  14-PO-00115-DLW                                                                                   Judgment-Page 2 of 5

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of One (1) Year with the following special conditions:

1. The defendant shall obtain an alcohol evaluation and follow the recommendations of treatment recommended in the evaluation. Defendant shall furnish written proof of the evaluation and completion of any recommended treatment to the Court.

2. The defendant shall not violate any federal, state, or local statute or regulation, excepting traffic infractions.

3. The defendant shall not possess, consume, or have any alcohol in his system while in Mesa Verde National Park.

4. The defendant will perform 24 hours of useful public service and furnish proof of completion of same to the Court.

DEFENDANT:  STEVEN MICHAEL LUCKESEN  
CASE NUMBER:  14-PO-00115-DLW                                                                                   Judgment-Page 2 of 5

DEFENDANT: STEVEN MICHAEL LUCKESEN
CASE NUMBER: 14-PO-00115-DLW                                            Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | | $0.00 | $0.00 |

DEFENDANT:  STEVEN MICHAEL LUCKESEN
CASE NUMBER:  14-PO-00115-DLW                                                        Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.